**KAUFMAN DOLOWICH & VOLUCK, LLP**
TAD A. DEVLIN (SBN 190355)
JONATHAN W. BLACK (SBN 280421)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
tdevlin@kdvlaw.com
jwblack@kdvlaw.com

Attorneys for Plaintiffs RANI CROSHAL and BRADLEYCROSHAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RANI CROSHAL, an individual; and BRADLEY CROSHAL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AURORA BANK, F.S.B.; NATIONSTAR MORTGAGE; U.S. BANK; and Does 1 through 100, inclusive, <br><br> Defendants. | Case No.: 4:13-cv-05435-SBA <br><br> ACTION FILED: November 22, 2013 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND          ORDER** |

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL AND          ORDER

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1 and 11-5 and with the consent of their clients Rani Croshal and Bradley Croshal ("Plaintiffs"), Matthew D. Mellen, Sarah Adelaars, and Eunji Cho from the Mellen Law Firm, 411 Borel Avenue, Suite 230, San Mateo, California 94402 are withdrawing as counsel for Plaintiffs in this matter.

Matthew D. Mellen, Sarah Adelaars, and Eunji Cho from the Mellen Law Firm will be replaced by Tad A. Devlin and Jonathan W. Black of the law firm Kaufman Dolowich & Voluck, LLP.

Plaintiffs hereby consent to this withdrawal of their counsel and to the substitution of Kaufman Dolowich & Voluck, LLP as their counsel in this matter as set forth above.

It is hereby requested that effective immediately, all further pleadings, notices, and correspondence be directed to Mr. Devlin and Mr. Black's attention at the following address:

**KAUFMAN DOLOWICH & VOLUCK, LLP**
TAD A. DEVLIN (SBN 190355)
JONATHAN W. BLACK (SBN 280421)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
tdevlin@kdvlaw.com
jwblack@kdvlaw.com

Substitution Based on Consent

Plaintiffs Rani Croshal and Bradley Croshal respectfully submit that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

DATED: July 7, 2014

_____
Rani Croshal

DATED: July 7, 2014

_____
Bradley Croshal

DATED: July 7, 2014          **MELLEN LAW FIRM**

_____
Matthew D. Mellen
Sarah Adelaars

Former Attorneys for Plaintiffs RANI CROSHAL
and BRADLEY CROSHAL

IT IS SO ORDERED.

DATED:   7/9/2014

_____
Hon. Saundra Brown Armstrong
United States District Drudge

- 3 -
NOTICE OF SUBSTITUTION OF COUNSEL AND          ORDER