UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA – OAKLAND DIVISION

| | |
|---|---|
| RANI CROSHAL, an individual; and BRADLEY CROSHAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA BANK, FSB; NATIONSTAR MORTGAGE; U.S. BANK; and DOES 1 - 100, inclusive,<br><br>Defendants. | CASE NO. 4:13-cv-05435-SBA<br><br>[Hon. Saundra Brown Armstrong]<br><br>**ORDER REFERRING THE CAPTIONED CASE TO THE COURT'S MEDIATION PROGRAM**<br><br>Complaint Filed:   October 23, 2013<br>Trial Date:           September 14, 2015 |

    This matter is before the Court regarding the Joint Stipulation of Defendants NATIONSTAR MORTGAGE LLC, (erroneously sued as Nationstar Mortgage), individually and as successor in interest to Aurora Bank FSB ("Nationstar"), and U.S. BANK, N.A. (erroneously sued as U.S. Bank) ("U.S. Bank") (collectively, "Defendants") and Plaintiffs RANI and BRADLEY CROSHAL ("Plaintiffs") to refer the captioned case to this Court's mediation program.

    Having considered the Joint Stipulation presented, it appears that good cause exists to grant this stipulated request.

/ / /

---

1
[PROPOSED] ORDER REFERRING THE CAPTIONED CASE TO THE COURT'S MEDIATION PROGRAM

1  THEREFORE, IT IS HEREBY ORDERED that

2      1.    The captioned matter is referred to the Court's mediation program;

3      2.    The parties shall complete mediation within 120 days of the date of this order

4          referring the case to mediation.

6  IT IS SO ORDERED.

8  DATED: _____8/11/2014_____        _____
                                                   HON. SAUNDRA BROWN ARMSTRONG

# CERTIFICATE OF SERVICE

I, Alison V. Lippa, certify that on August 8, 2014, the foregoing document entitled **[PROPOSED] ORDER REFERRING THE CAPTIONED CASE TO THE COURT'S MEDIATION PROGRAM** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

*/s/ Alison V. Lippa*
Alison V. Lippa