**KAUFMAN DOLOWICH & VOLUCK, LLP**
TAD A. DEVLIN (SBN 190355)
JONATHAN W. BLACK (SBN 280421)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Plaintiffs RANI CROSHAL
and BRADLEY CROSHAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RANI CROSHAL, an individual; and BRADLEY CROSHAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA BANK, F.S.B.; NATIONSTAR MORTGAGE; U.S. BANK; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:13-cv-05435-SBA<br><br>ACTION FILED: November 22, 2013<br><br>**ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>Trial Date: September 14, 2015 |

By stipulation, Plaintiffs RANI CROSHAL and BRADLEY CROSHAL ("Plaintiffs") and Defendants AURORA BANK, F.S.B., NATIONSTAR MORTGAGE and U.S. BANK ("Defendants") jointly request an extension of the time to comply with the Court's August 11, 2014 "ORDER REFERRING THE CAPTIONED CASE TO THE COURT'S MEDIATION PROGRAM."

Having considered the joint stipulation presented, it appears that good cause exists to grant this stipulated request.

1  THEREFORE, IT IS HEREBY ORDERED that

2      1.    The parties shall complete mediation by **January 22, 2015**.

3  IT IS SO ORDERED.

5  DATED: 12/5/2014

*Saundra B. Armstrong*

6  HON. SAUNDRA BROWN ARMSTRONG

9  4811-9479-6576, v. 1