UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RANI CROSHAL, an individual; and BRADLEY CROSHAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA BANK, FSB; NATIONSTAR MORTGAGE; U.S. BANK; and DOES 1-100, inclusive<br><br>Defendants. | Case No: C 13-05435 SBA<br><br>**ORDER** |

The Court having been notified of the settlement of this action, see Dkt. 56, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Dated: 5/20/2016

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge